Magistrate Judge Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.   05-5220M |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING SECOND |
| v. | ) | STIPULATED MOTION TO |
| | ) | TO EXTEND TIME TO FILE |
| RONALD DEAN FINLEY, | ) | INDICTMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER having come before the Court on the stipulated motion of the parties for

a second order extending the time within which an indictment shall be filed, and the Court

having considered the stipulated motion of the parties, together with the balance of the records

and files herein, the Court now finds and rules as follows:

The Court finds that the ends of justice served by granting the requested extension for

filing the indictment outweigh the best interests of the public and the defendant in a speedy trial,

in that the defendant is cooperating in an ongoing investigation and that the parties need

additional time for the defendant to complete his cooperation prior to charges being filed.

IT IS THEREFORE ORDERED that the second stipulated motion of the parties to extend

the time within which an indictment shall be filed is GRANTED.

IT IS FURTHER ORDERED that the date by which the indictment shall be obtained and

filed in this case is extended from January 30, 2005, to February 24, 2006.

ORDER EXTENDING TIME FOR
FILING INDICTMENT/FINLEY - 1
(05-5220M)

1    IT IS FURTHER ORDERED that the period of delay from November 30, 2005, through

2  February 24, 2006, is excludable time pursuant to Title 18, United States Code, Section

3  3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial

4  Act, Title 18, United States Code, Sections 3161 through 3164.

5    DATED this 20th day of January, 2006.

6

7

8

9                                                   Karen L. Strombom
                                                    United States Magistrate Judge
10

11

12

13

14  Presented by:

15

16  s/*MIKE LANG*

17  MIKE LANG
    Assistant United States Attorney

18
    s/ *Colin Fieman via telephone*
19  COLIN FIEMAN
    Attorney for Ronald Finley
20

21

22

23

24

25

26

27

28

ORDER EXTENDING TIME FOR
FILING INDICTMENT/FINLEY - 2
(05-5220M)

UNITED STATES ATTORNEY
700 STEWART STREET

SUITE 5220
(206) 553-7970